IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 16 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| MARCIA RILEY, Individually and as Representative of the Estate of MARCUS NYGEL ELLIOT, Plaintiff § § § § § | |
| VS. § | CASE NO. 4:09cv425 |
| § LIEUTENANT SHARON SHEELY; et. al., § Defendants § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 25, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Partial Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. 13) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motion for Partial Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. 13) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 14th day of April, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE